# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAMON NEAL DUNBAR, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-20-0595-F |
| ) | |
| RAY HAMMONS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff Damon Neal Dunbar, Jr., a prisoner appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging violations of his constitutional rights.

Before the court is Magistrate Judge Shon T. Erwin's Report and Recommendation of June 29, 2021. Doc. no. 24 (the Report). The Report recommends the court dismiss this action without prejudice based on plaintiff's failure to comply with the magistrate judge's orders, specifically, plaintiff's failure to submit the necessary paperwork required for service.

The Report advised plaintiff of his right to object to the Report by July 16, 2021. The Report also advised that failure to timely object to the Report would waive appellate review of the factual and legal issues addressed in the Report. No objection has been filed, and plaintiff has not sought an extension of time within which to object to the Report.

Upon review, and with no objection to the Report having been filed, the Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED this 30th day of July, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0595p006.docx